**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS PRODUCTS
     LIABILITY LITIGATION(NO. VI) :

89-2168

THIS DOCUMENT RELATES TO:    :
GEORGIA-PACIFIC CORPORATION CASES  :     CIVIL ACTION NO. MDL 875
ON THE ATTACHED LIST DC-MD 1  :

**ORDER**

IT IS ORDERED that plaintiffs' Complaint and all crossclaims in the cases on the attached list are hereby dismissed, with prejudice, against Georgia-Pacific Corporation only.

BY THE COURT:

_____
Charles R. Weiner, J.

Date: May 8, 2000

## District of Arizona

2-87-2200

2-87-2207

2-87-2208

2-89-100

## District of Columbia

1-89-1816

## Southern District of Florida

0-88-6708

0-92-6183

0-92-6184

0-92-6185

0-92-6187

0-92-6189

0-92-6190

0-92-6192

0-92-6193

0-92-6194

0-92-6196

0-92-6199

0-92-6200

0-92-6201

0-92-6202

0-92-6203

0-92-6204

0-92-6206

0-92-6207

1-90-1548

9-92-6184

9-92-6185

9-92-6189

9-92-6194

9-92-6196

9-92-6201

9-92-6204

9-92-6205

## District of Maryland

1-86-3349

1-86-3350

1-86-3456

**1-89-2168**

1-91-2028

1-91-2029

## Western District of Missouri (MO)

4-89-290

4-89-682

6-90-3410

## Eastern District of North Carolina

7-89-74

## District of New Jersey

3-90-828

## District of New Mexico

1-89-1285

## Eastern District of New York

0-92-5419

## Southern District of New York

1-88-7774

1-88-8589

1-89-3211

1-89-3212

1-89-5657

1-90-3216

1-90-4327

1-90-6868

1-91-1879

1-91-2684

1-91-4000

1-91-4108

1-91-4109

1-91-5173

1-91-5777

1-91-5778

1-92-5327

1-92-6376

1-92-6380

1-92-7283

1-92-7284

1-92-7332

1-92-7333

1-93-36

1-93-37

1-93-40

1-93-1301

1-93-1302

1-93-1366

1-93-2087

1-93-3120

1-93-3855

1-93-4416

1-93-4485

1-93-4657

1-93-4717

1-93-5728

1-93-5881

1-93-5882

1-93-7052

1-93-7175

1-93-7178

1-93-189

1-94-322

1-94-323

1-94-1379

1-94-1890

1-94-1891

1-94-1892

1-94-3015

1-94-3221

1-94-3866

1-94-4396

1-94-5962

## Southern District of Ohio

3-88-109

## Northern District of Oklahoma

4-89-569

## Southern District of Texas

3-88-126

3-88-153

3-88-172

## Western District of Texas

1-90-516

5-90-1768

5-90-516

5-90-620

## Southern District of West Virginia

3-89-1227

3-89-1242